IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHNSON & FREEDMAN, LLC.**                                                                    **PLAINTIFF**

**v.**                                                                 **Case No.: 3:14cv26-MPM-SAA**

**MS DEFAULT RESOLUTION, LLC**                                                 **DEFENDANTS**

## ORDER

This cause comes before the court on its own motion. Based on the information provided to the court in the parties' filings, the court believes it is necessary for the parties to clarify and explain several preliminary issues before this case may proceed. Specifically, the court requests explanation, legal authority, and argument on the following issues:

1) The status of Prommis' bankruptcy case in the District of Delaware including whether any order from the bankruptcy court bears on this case or is necessary to decide this case;

2) Whether Johnson & Freedman has standing to bring this case and the basis, if existing, of any duty MS Default Resolution owes to Johnson & Freedman;

3) Whether this court has jurisdiction to hear the case in light of the bankruptcy action.

In order to determine the above issues, the court will conduct a hearing on February 19, 2015 at 1:30 p.m. in Oxford, Mississippi.

It is so ordered, this the 26th day of January, 2015.

                                                         **/s/ MICHAEL P. MILLS**
                                                         **UNITED STATES DISTRICT JUDGE**
                                                         **NORTHERN DISTRICT OF MISSISSIPPI**