IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHNSON & FREEDMAN, LLC     PLAINTIFF

V.     CIVIL ACTION NO. 3:14CV026-MPM-SAA

MS DEFAULT RESOLUTION, L.L.C.     DEFENDANT

ORDER DENYING MOTION TO WITHDRAW

Plaintiff's counsel, Jessica L. Perri, seeks leave to withdraw as counsel of record for plaintiff because she is leaving the firm of RCO Legal, P.S. Docket 25. Local Uniform Civil Rule 83.1(b) requires that "[a]n attorney may be released only on motion signed by the client(s) or upon a duly noticed motion to all parties, including the client . . . ." Perri's Motion does not contain the signature of her client or any indication that her client was given notice of her attempt to withdraw. Therefore, the Motion to Withdraw of Jessica L. Perri is DENIED.

THIS, the 19th day of February, 2015.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE