# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOHNSON & FREEDMAN, L.L.C., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 3:14cv026-MPM-SAA |
| MS DEFAULT RESOLUTION, ) | |
| L.L.C., ) | |
| ) | |
|    Defendant. ) | |

## AFFIDAVIT OF LARRY W. JOHNSON

STATE OF GEORGIA

COUNTY OF DEKALB

Personally appeared before the undersigned duly authorized to administer oaths, LARRY W. JOHNSON, who, after being duly sworn, deposes and states on oath as follows:

1.

I am a Managing Shareholder in the law firm of RCO Legal, P.S. At the time of the events which lead to the filing of this lawsuit I was the senior managing partner at Johnson & Freedman, L.L.C. ("J&F"), and I am still the senior managing partner at J&F. I base this Affidavit on my own personal knowledge and my

1

knowledge of the files of J&F, and that I am competent to testify regarding this file about which I have personal knowledge.

2.

I made this Affidavit in support of Plaintiff's Amended Motion to Withdraw as Counsel, being filed herewith.

3.

I hereby consent to the Motion to Withdraw of attorney Jessica L. Perri and substitution of Karen A. Maxcy as attorney for Plaintiff Johnson & Freedman, LLC.

FURTHER AFFIANT SAITH NOT.

AFFIANT:

_____
LARRY W. JOHNSON

Sworn to and subscribed before me
This 5th day of March, 2015.

_____
NOTARY PUBLIC

(NOTARY SEAL)

My Commission Expires: March 12, 2014

2

Respectfully submitted this 5th day of March, 2015.

                         RCO LEGAL, P.S.

                  By: */s/ Jessica L. Perri*
                        Jessica L. Perri
                        MS Bar No. 104084
                  Attorneys for Plaintiff
                        RCO Legal, P.S.
                        1587 N.E. Expressway
                        Atlanta, Georgia 30329
                        Telephone: (770) 234-9181
                        Facsimile: (404) 329-8039
                        Email: jperri@rcolegal.com

## **CERTIFICATE OF SERVICE**

I, Jessica L. Perri, do hereby certify that a copy of the foregoing document has been served upon all opposing counsel through the ECF filing system this the 5th Day of March, 2015.

                                                                 */s/ Jessica L. Perri*
                                                                 Jessica L. Perri